# PALMERSHEIM DETTMANN, S.C.

ATTORNEYS AT LAW

KEVIN J. PALMERSHEIM
CATHLEEN A. DETTMANN
ERIN E. ROME
NICOLE S. SCHRAM
BETHANY C. WILSON
NICOLAS RYDELL

1424 N. HIGH POINT ROAD, SUITE 202
P.O. BOX 628005
MIDDLETON, WISCONSIN 53562-8005

PHONE (608) 836-6400
FAX (608) 836-9697
WWW.PDBUSINESSLAW.COM
FIRM@PDBUSINESSLAW.COM

January 27, 2021

U.S. Magistrate Judge Stephen L. Crocker
United States District Court
120 N. Henry Street, Room 320
Madison, WI  53703

**VIA CM/ECF**

**RE:   Defendants' Counsel's Motion to Withdraw**
*Taizhou Yuanda Investment Group Co., Ltd. et al v. Z Outdoor Living, LLC, et al*
**Western District of Wisconsin Case No. 19CV875**

Dear Judge Crocker:

The undersigned counsel for the Defendants forwarded to the Defendants the Court's 1/19/21 text order, pursuant to the Court's request. The Court's text order was sent to the Defendants the same day it was received, and we also provided the Court's mailing address and other contact information, including the case number.

In addition, I want to clarify that the motion by Defendants' counsel is to withdraw only for the Defendant entities: Z Outdoor Living, LLC, AFG, LLC, Casual Products of America, LLC, Outdoor Brands International, LLC, and AMG, LLC. Although the other individual Defendants have been dismissed from this case and no issues are currently pending against them, counsel is not moving to withdraw as counsel of record for those individuals:  Don Corning, Erin Corning, Kendra Farley and Pete Hill. We are providing a copy of this letter to all Defendants via email.

Very truly yours,

**PALMERSHEIM DETTMANN, S.C.**

/s/ Kevin J. Palmersheim

Kevin J. Palmersheim
Palmersheim@pdbusinesslaw.com

KJP/lah
cc:   All counsel of record via CM/ECF
      All Defendants of record (via email)