UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TAIZHOU YUANDA INVESTMENT GROUP CO., LTD., and TAIZHOU YUANDA FURNITURE CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>Z OUTDOOR LIVING, LLC, AFG, LLC, AMG INTERNATIONAL, LLC, OUTDOOR BRANDS INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 3:19-cv-00875 |

### CERTIFICATE OF SERVICE

I, Mark W. Hancock, hereby certify that I am employed by Godfrey & Kahn, S.C. and am of such age and discretion as to be competent to serve papers.

I hereby certify that on this date I caused a copy of the Plaintiffs' Motion for Entry of Default Judgment, Affidavits in Support of Motion for Entry of Default Judgment and proposed Default Judgment to be filed electronically with the Clerk of the United States District Court for the Western District of Wisconsin.

I further certify that on this date I caused a copy of the Plaintiffs' Motion for Entry of Default Judgment, Affidavits in Support of Motion for Entry of Default Judgment, and proposed Default Judgment to be placed in a postage-paid envelope addressed to the Defendants, at the addresses stated below, which are the last known addresses of said Defendants, and deposited said envelope in the United States mail.

>Z Outdoor Living, LLC
>5976B Executive Drive
>Fitchburg, WI 53719
>
>AFG, LLC
>5976B Executive Drive
>Fitchburg, WI 53719
>
>Outdoor Brands International, LLC
>5976B Executive Drive
>Fitchburg, WI 53719
>
>AMG, LLC
>5976B Executive Drive
>Fitchburg, WI 53719

I further certify that on this date, in accordance with discussions with the Court at the March 23, 2021 status hearing, I caused courtesy copies of the Plaintiffs' Motion for Entry of Default Judgment, Affidavits in Support of Motion for Entry of Default Judgment and proposed Default Judgment to be emailed to Mr. Don Corning, as Manager of the Defendant Limited Liability Companies, at dcorning@zoutdoorliving.com, and to Mr. Kevin Palmersheim, as individual counsel to Mr. Corning, at palmersheim@pdbusinesslaw.com.

Dated this 26th day of March, 2021.

                                                       *s/ Mark W. Hancock*