## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TAIZHOU YUANDA INVESTMENT
GROUP CO., LTD., and TAIZHOU
YUANDA FURNITURE CO., LTD.

      Plaintiffs,

    v.

Z OUTDOOR LIVING, LLC, AFG, LLC,    Case No. 19-cv-875-JDP
CASUAL PRODUCTS OF AMERICA,
LLC, AMG INTERNATIONAL, LLC,
OUTDOOR BRANDS
INTERNATIONAL, LLC, DON
CORNING, ERIN CORNING, KENDRA
FARLEY, and PETE HILL,

      Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Taizhou Yuanda Investment Group Co.,

Ltd. and Taizhou Yuanda Furniture Co., Ltd., by counsel, in the above-captioned

case, appeal to the United States Court of Appeals for the Seventh Circuit from the

Judgment (ECF No. 140) of the district court entered in this action on April 12,

2021 (the "Judgment"); from any and all adverse rulings incorporated in, antecedent

to, or ancillary to the Judgment; and from any and all adverse interlocutory orders,

judgments, decrees, decisions, rulings, and opinions that merged into and became

part of the Judgment, that shaped the Judgment, that are related to the Judgment,

and upon which the Judgment is based, including, but not necessarily limited to the

June 2, 2020 Opinion and Order (ECF No. 47) and the October 5, 2020 Opinion and

Order (ECF No. 65).

*s/ Mark W. Hancock*

Mark W. Hancock
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53701
Phone:  608-257-3911
Fax:      608-257-0609
Email:  mhancock@gklaw.com

George Gasper
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46236
Phone:    312-726-7147
Fax:        312-726-7163
Email:    George.Gasper@icemiller.com

*Attorneys for Plaintiffs*

2